NATIONAL BANK OF COMMERCE IN ST. LOUIS, Appellant, v. GERMAN AMERICAN BANK et al., Respondents.

St. Louis Court of Appeals.    Argued and Submitted March 14, 1910.
Opinion Filed April 5, 1910.

BILLS AND NOTES:. National Bank of Commerce v. Mechanics' American National Bank et al., *ante,* followed.

Appeal from St. Louis City Circuit Court.—*Hon. Matt. G. Reynolds,* Judge.

AFFIRMED.

*Geo. L. Edwards* and *Edward D'Arcy* for appellant.

*Johnson, Houts, Marlatt & Hawes* for respondents.

*Edw. C. Kehr* for respondent St. Louis Brewing Association.

*Geo. R. Lockwood* for respondent bank.

REYNOLDS, P. J.—As stated in the opinion in the case of National Bank of Commerce in St. Louis v. Mechanics American National Bank et al., No. 12019, the facts in this case, with difference in names and number of checks and amount, are practically the same as in that. For the reasons therein stated the judgment in this case is affirmed. All concur.